BRESSLER, AMERY & ROSS, P.C.
Randi Perry Spallina, CA Bar No. 165839
200 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
Telephone: (954) 499-7979
Facsimile: (954) 499-7969
rspallina@bressler.com

Attorney for Plaintiff
AMERICAN GENERAL LIFE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JERRY KAMINSKI,<br><br>S.Y., a Minor,<br><br>C.Y., a Minor, and<br><br>ERICK YEPES,<br><br>Defendants, | Case No. 2:22-CV-02164<br><br>**COMPLAINT FOR INTERPLEADER RELIEF** |

Plaintiff American General Life Insurance Company, by its undersigned attorneys, hereby submits its Complaint for Interpleader Relief pursuant to Fed. R. Civ. P. 22 against Defendants Jerry Kaminski, S.Y., a Minor, C.Y., a Minor, and Erick Yepes, and states as follows:

## Parties

1. Plaintiff American General Life Insurance Company ("American General") is an insurance company incorporated under the laws of the State of Texas with its principal place of business in Houston, Texas.

2. Defendant Jerry Kaminski is a citizen and resident of the State of California, residing in Los Angeles County, California.

3. Defendant S.Y., a Minor, is a citizen and resident of the State of California, residing in Los Angeles County, California.

4. Defendant C.Y., a Minor, is a citizen and resident of the State of California, residing in Los Angeles County, California.

5. Defendant Erick Yepes is a citizen and resident of the State of California, residing in Los Angeles County, California.

6. Contemporaneously with the filing of this Complaint for Interpleader Relief, American General will move to have a guardian ad litem appointed to represent the interests of the minor Defendants S.Y. and C.Y. Defendant Erick Yepes is the only living parent of Defendants S.Y. and C.Y., and he is maintaining a claim to the life insurance policy death benefit at issue that is adverse to the claims of Defendants S.Y. and C.Y.

## Jurisdiction and Venue

7. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1). Complete diversity of citizenship is present as American General is a citizen of the State of Texas and Defendants are all citizens of the State of California. Furthermore, as more fully set out below, the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because the Defendants reside in Los Angeles County, California, which is in the Central District of California, Western Division pursuant to 28 U.S.C. § 84(c)(2).

## Factual Background

9. On or about June 26, 2014, Kristina Kaminski (the "Decedent") submitted an application for a $525,000 life insurance policy to American General. *See* Application, attached hereto as **Exhibit A**. The Policy's Application listed the Decedent's parents, Defendant Jerry Kaminski and Teresa Kaminski, and the Decedent's children, Defendants S.Y. and C.Y., each as 25% beneficiaries of the Policy. *See id.*

10. On or about August 20, 2014, American General issued life insurance policy number A7E122332L with a face amount of $525,000 to the Decedent (the "Policy"). A specimen copy of the Policy issued to the Decedent is attached hereto as **Exhibit B**.

11. At the time the Policy was issued, the Decedent was married to Defendant Erick Yepes. However, Defendant Erick Yepes was not designated as a beneficiary of the Policy. *See* Exh. A.

12. Upon information and belief, Teresa Kaminski predeceased the Decedent. Therefore, under the terms of the Policy, her interest would pass to the other three primary beneficiaries, Defendants Jerry Kaminski, S.Y., and C.Y. *See* Exh. B at 16.

13. The Decedent died on October 8, 2021.

14. As a result of the Decedent's death, the Policy's death benefit became due and payable to the beneficiary or beneficiaries.

15. American General did not receive any request to change the beneficiary of the Policy prior to the Decedent's death.

16. On or about October 29, 2021, counsel for Defendant Erick Yepes sent a letter to American General. *See* Oct. 29, 2021 Letter, attached hereto as **Exhibit C**. The letter states Defendant Erick Yepes is asserting a claim to the Policy death benefit "based on, among other things, California law regarding his rights as a surviving spouse to his community property interest in the Policy." *See id.*

17. On or about November 10, 2021, Defendant Jerry Kaminski submitted a claim to the Policy death benefit. *See* Claimant's Statement, attached hereto as **Exhibit D**.

18. American General has provided Defendants with a reasonable opportunity to resolve their competing claims to the Policy death benefit without Court intervention. However, as of the date of this Complaint for Interpleader Relief, American General has not received notice that Defendants have resolved their competing claims.

## CAUSE OF ACTION – INTERPLEADER RELIEF

19. American General incorporates Paragraphs 1-18 herein by reference.

20. As a result of the foregoing, there exists actual or potential rival, adverse, and conflicting claims to the death benefit described above, and American General is unable to discharge its admitted liability without exposure to multiple liability, multiple litigation, or both.

21. American General is an innocent stakeholder seeking to interplead funds into the Court's Registry to resolve conflicting claims and potential rights to the benefits due and owing under the Policy.

22. American General neither has, nor claims, any interest in the death benefit due under the Policy and at all times has been willing to pay the death benefit to the person or persons entitled to them.

23. American General should not be compelled to become involved in the dispute or contentions of the competing claimants, and the competing claimants

should be ordered to litigate amongst themselves without further involvement of American General.

24. American General has in no way colluded with any of the parties named herein concerning the matters of this case. American General has filed this Complaint for Interpleader Relief of its own free will to avoid multiple liability, multiple litigation, or both.

25. American General will move for leave to deposit into the Registry of the Court the benefits due and owing under the Policy, plus accrued interest, if any.

26. American General alleges that it is entitled to interpleader relief pursuant to Fed. R. Civ. P. 22, and further alleges that it is entitled to recover reasonable attorneys' fees and costs as a result of these proceedings.

### **RELIEF REQUESTED**

WHEREFORE, Plaintiff American General Life Insurance Company requests the following relief:

a. That Defendants be enjoined from instituting or prosecuting against American General any proceeding in any state or United States Court or administrative tribunal relating to the death benefit payable under American General Life Insurance Policy Number A7E122332L and on account of the death of Kristina Kaminski, and that said injunction issue without bond or surety;

b. That Defendants be required to make full and complete Answer to this Complaint for Interpleader Relief, and to set forth to which of

them the death benefit, or any part thereof, rightfully belongs, and how they make their claims thereto;

c. That this Court determine and declare the rights of the Defendants to the death benefit due and owing under American General Life Insurance Policy Number A7E122332L;

d. That this Court discharge American General of and from any and all further liability under American General Life Insurance Policy Number A7E122332L and on account of the death of Kristina Kaminski;

e. That this Court excuse American General from further attendance upon this cause and dismiss American General from this case, with prejudice;

f. That this Court enter an order awarding American General its costs and attorneys' fees in connection with this action, to be deducted from the death benefit due and owing under American General Life Insurance Policy Number A7E122332L; and

g. That this Court grant American General such other and further relief as this Court deems just and equitable.

Dated: April 1, 2022        BRESSLER, AMERY & ROSS, P.C.

By: /s/ Randi Perry Spallina

Randi Perry Spallina
Attorney for Plaintiff
AMERICAN GENERAL LIFE
INSURANCE COMPANY

COMPLAINT FOR INTERPLEADER RELIEF