JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JERRY KAMINSKI, <br><br> S.Y., a Minor, <br><br> C.Y., a Minor, and <br><br> ERICK YEPES, <br><br> Defendants, | Case No. CV 22-2164 MWF (AFMx) <br><br> **FINAL ORDER OF DISCHARGE, DISBURSEMENT, AND DISMISSAL WITH PREJUDICE** |

THIS CAUSE, having come before the Court on the Parties' joint motion for entry of final order of discharge, disbursement, and dismissal with prejudice (the "Motion," Docket No. 40), and for good cause shown, the Motion is hereby **GRANTED**. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. Plaintiff American General Life Insurance Company has established all of the requirements for interpleader relief pursuant to Fed. R. Civ. P. 22.

///

2. American General Life Insurance Company is hereby discharged from any and all liability to Jerry Kaminski, S.Y., C.Y., and Erick Yepes, and to any person, firm, estate, corporation, or entity on account of or in any way related to American General Life Insurance Company life insurance policy number A7E122332L issued to the late Kristina Kaminski Yepes and/or related to the handling or processing of any claims made under American General Life Insurance Company life insurance policy number A7E122332L issued to the late Kristina Kaminski Yepes.

3. Pursuant to 28 U.S.C. § 2361, Jerry Kaminski, S.Y., C.Y., and Erick Yepes, and each of their respective attorneys, representatives, successors, assigns, and heirs are hereby permanently enjoined from instituting or prosecuting against American General Life Insurance Company any proceeding in any state or United States Court or administrative tribunal relating to the benefits due under American General Life Insurance Company life insurance policy number A7E122332L issued to the late Kristina Kaminski Yepes and/or related to the handling or processing of any claims made under American General Life Insurance Company life insurance policy number A7E122332L issued to the late Kristina Kaminski Yepes.

4. Based on the agreement of the Parties, American General Life Insurance Company is hereby awarded $7,500 from the amount on deposit for this case in the Disputed Ownership Fund (DOF) of the Court Registry Investment System (CRIS) as reimbursement for its attorneys' fees and costs incurred in this action. **The Clerk of Court is hereby directed to disburse $7,500 from the amount on deposit for this case in the DOF of the CRIS to Bressler, Amery & Ross, P.C., as Attorneys for American General Life Insurance Company**.

5. The Clerk is hereby directed to disburse the remaining amount on deposit for this case in the DOF of the CRIS as follows:

      a.    **50% to Erick Yepes;**

      b.    **16.7% to Jerry Kaminski;**

      c.    **16.7% to S.Y.; and**

      d.    **16.6% to C.Y**.

6. This is a **FINAL JUDGMENT** and fully resolves all claims and issues in this action.

7. This action is hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated: September 30, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

cc: Fiscal Services

- 3 -